JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, | ) CASE NO. CV 10-00819 MMM (PJWx) ) |
| Plaintiff, | ) JUDGMENT FOR PLAINTIFF ) |
| vs. | ) ) |
| VALERIE ROSALES A/K/A VALERIE TUHY, an individual; DOES 1-10, inclusive, | ) ) ) |
| Defendants. | ) ) ) |

On March 14, 2011, the court entered an order granting plaintiff's motion for default judgment. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That plaintiff recover from defendant the sum of $75,000 in statutory damages;

2. That defendant and her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are restrained and enjoined from:

   (a) Infringing plaintiff's copyrights in *X-Men Origins: Wolverine* (PA 1-624-736), *Bride Wars* (PA 1-614-824), and *The Secret Life of Bees* (PA 1-608-

096) ("plaintiff's Copyrights"), either directly or contributorily, in any manner, including, but not limited to, manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of plaintiff's Copyrights, and, specifically from

(i) importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale unauthorized pirated Digital Versatile Discs ("DVDs") of plaintiff's motion pictures featuring the plaintiff's Copyrights or any other unauthorized products that picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of plaintiff's Copyrights;

(ii) importing, manufacturing, reproducing, distributing, advertising, selling, and/or offering for sale in connection therewith any unauthorized promotional materials, labels, packaging or containers that picture, reproduce, copy or use the likenesses of or bear a confusing similarity to plaintiff's Copyrights;

(iii) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, defendant's customers and/or members of the public to believe, the actions of defendant, the products sold by defendant, or defendant herself is connected with plaintiff, is sponsored, approved or licensed by plaintiff, or is affiliated with plaintiff; and

(iv) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiff.

3. That plaintiff recover from defendant $4,600 in attorneys' fees; and

1    4.   That plaintiff recover its costs of suit herein.

The judgment will bear interest at an annual rate of 0.26%.

DATED: March 14, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

3